■ In the Matter of TRACY WARD, Appellant, v JON WARD, Respondent. (Appeal No. 2.) [932 NYS2d 746]—

Same memorandum as in *Matter of Ward v Ward* (89 AD3d 1518 [2011]). Present—Peradotto, J.P., Carni, Lindley, Sconiers and Green, JJ.